**Order entered May 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00502-CV

**SHAMELYA ETIER, Appellant**

**V.**

**STAMPES, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02004-D**

## ORDER

Appellant appeals from the trial court's April 22, 2019 judgment in a suit for forcible detainer. Before the Court is appellant's motion challenging the trial court's May 2, 2019 order setting the supersedeas bond. The purpose of a supersedeas bond is to suspend enforcement of the judgment. *See* TEX. R. APP. P. 24.1. In a forcible detainer suit, a judgment may not be stayed under any circumstances unless the appellant files a supersedeas bond in the amount set by the trial court within ten days of the date the judgment is signed. *See* TEX. PROP. CODE ANN. § 24.007. Because appellant did not file a supersedeas bond within ten days of the date of the judgment, this Court's review of the amount of the supersedeas bond would be meaningless. Accordingly, we **DENY** appellant's motion as moot.

/s/      BILL WHITEHILL
           JUSTICE